# LYNCH ROWIN LLP

630 Third Avenue
New York, New York 10017

Telephone (212) 682-4001
Fax (212) 682-4003
www.lynchrowin.com

Katerina Duarte
Ext. 215

kduarte@lynchrowin.com

April 28, 2010

VIA FACSIMILE (973) 645-3841

Honorable Claire C. Cecchi
United States Magistrate Judge
United States Courthouse
50 Walnut Street, Room 2064
Newark, New Jersey 07102

**ORDER ON ORAL MOTION**

Re:   *Jeffrey Casper v. Leach Company, et al*
      09 CV 04061 (JLL)(CCC)
      Our File No. 1720-04

**SO ORDERED**
s/Claire C. Cecchi
Claire C. Cecchi, U.S.M.J.
Date: July 23, 2010

Dear Judge Cecchi:

   Pursuant to the annexed order, the time within which the parties were to exchange expert liability reports was extended to June 30, 2010. The initial discovery order had responding reports due 30 days thereafter, which would set the deadline to July 30, 2010.

   Unfortunately our expert's wife has just been admitted to the hospital for a serious condition and we would therefore like to seek an extension on serving the responding report to August 13, 2010. I have attempted to reach plaintiff's counsel since Wednesday, but have yet to receive a response. I am writing Your Honor today since I would like to tell my expert as soon as possible if the extension has been granted.

   Thank you for your attention to this matter.

The deadline for submitting responding expert reports is hereby extended to August 13, 2010.

Respectfully yours,

Katerina T. Duarte, Esq.

KID:mtf